**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

JOHN DOE                                                    CIVIL ACTION NO: 25-cv-1508

VERSUS                                                      JUDGE:

CAM LOGISTICS, LLC ET AL                    MAGISTRATE:

---

**NOTICE OF REMOVAL AND JURY DEMAND**

---

TO:  Greta Roaix – Deputy-in-Charge
      United States District Court
      Western District of Louisiana
      Clerk of Court
      515 Murray St., Suite 105
      Alexandria, LA  71301

      Mr. Todd A. Hebert
      Mr. Louis J. Gregory
      CrescentCare Legal Services
      1631 Elysian Fields Ave.
      New Orleans, LA 70117
      ATTORNEY FOR PLAINTIFF


     NOW INTO COURT, through undersigned counsel, come CAM LOGISTICS, LLC ("CAM") and JOSHUA BREITHAUPT ("Breithaupt"), who remove this civil action from the 9th Judicial District Court, Parish of Rapides, State of Louisiana to the United States District Court for the Western District of Louisiana, pursuant to 28 U.S.C 1441, *et. seq.* By filing this Notice of Removal, CAM and Breithaupt do not waive, and expressly reserve, any rights, claims, and defenses available to them, including, without limitation, improper venue, lack of personal jurisdiction, insufficient process, insufficient service of process, prescription, and no cause and no right of action. In support hereof, CAM and Breithaupt respectfully represent as follows:

## I. <u>INTRODUCTION</u>

1.

Plaintiff is John Doe.[1] Defendants are CAM, Breithaupt, Raymond Ellis ("Ellis"), and Patrick Shea ("Shea").

2.

On September 22, 2025, a petition entitled, "*John Doe versus Cam Logistics, LLC, Raymond Ellis, Patrick Shea, and Joshua Breithaupt*" (the "Petition") was filed and is now pending in the 9th Judicial District Court, Parish of Rapides, State of Louisiana, bearing Docket No. 284,305, Div. "A," located within the Western District of Louisiana. This Petition, along with citation and all accompanying matters, is attached hereto and made a part hereof as Exhibit A.

3.

Upon information and belief, Plaintiff requested that the record of the state court proceeding be sealed in its entirety. The state court granted Plaintiff's request and sealed the state court record in its entirety. The state court record subsequently unsealed the service returns filed in the state court.

4.

Breithaupt was personally served with the Petition on September 25, 2025. CAM was served with the Petition through its agent for service of process, CT Corporation, on October 2, 2025. CAM and Breithaupt file this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

---

[1] It should be noted that Plaintiff did not proceed under a pseudonym in *Dale Moore v. Raymond Ellis,* Suit No. 281,829, Parish of Rapides, State of Louisiana, *i.e.,* the Protective Order referenced in paragraph 20 are not sealed. *See also,* Fed. R. Civ. P. 10(a). "Every pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint must name all the parties; the title of other pleadings, after naming the first party on each side, may refer generally to other parties."

5.

On October 8, 2025, the state court entered an order unsealing the service returns. The Clerk of Court for the 9th Judicial District Court, Parish of Rapides, State of Louisiana subsequently informed the undersigned that Ellis and Shea have not been served with citation and the Petition.

6.

In the Petition, John Doe ("Plaintiff") seeks injunctive relief, damages, and attorney fees due to alleged employment discrimination.

## II.  BASIS FOR REMOVAL

7.

Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §§ 1331, 1441(a), (c). Specifically, Plaintiff's federal question claim arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* (Ex. A, ¶ 33).

8.

Under 28 U.S.C. § 1367(a), supplemental jurisdiction of Plaintiff's state law claims is proper because the state law claims are so related to Plaintiff's claims under Title VII "that they form part of the same case or controversy, or in other words, that they 'derive from a common nucleus of operative fact.'" *See Mendoza v. Murphy*, 532 F.3d 342, 346 (5th Cir. 2008) (quoting *United Mine Workers of America v. Gibbs,* 383 U.S. 715, 725, 86 S.Ct. 1130, 16 L.Ed.2d 218 (1966)).

9.

All defendants who have been properly joined and served join in or consent to the removal of this case to federal court.

10.

Consent of defendant Raymond Ellis is not necessary because he has not been properly served.

11.

Consent of defendant Patrick Shea is not necessary because he has not been properly served.

12.

Copies of all available process, pleadings, attachments, and orders, provided to CAM and Breithaupt in the state court proceeding, are attached to this notice as Exhibit B. CAM and Breithaupt are unable to verify that they have attached a complete copy of the state court record to this Notice of Removal because of the state court order sealing this matter in its entirety.

13.

Venue is proper in this district under 28 U.S.C. § 1141(a) because the state court where the suit has been pending is located in this district.

14.

Upon filing of this Notice of Removal, written notification will be provided to Plaintiff and a copy of the Notice of Removal will be filed with the Clerk of Court for the 9th Judicial District, Rapides Parish, Louisiana. A copy of the state court notification accompanies this Notice of Removal as Exhibit C.

## C.  **JURY DEMAND**

15.

Plaintiff did demand a jury in the state-court suit.

16.

CAM and Breithaupt request a trial by jury as to all issues triable by a jury.

17.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that she has read the foregoing Notice of Removal, that, to the best of her knowledge, information, and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the costs of litigation.

WHEREFORE, Defendants, CAM LOGISTICS, LLC and JOSHUA BREITHAUPT, pray that this Notice of Removal be accepted as good and sufficient, that the Petition be removed from the 9th Judicial District Court, Parish of Rapides, State of Louisiana to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings from the 9th Judicial District Court, Parish of Rapides, State of Louisiana and proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted,

**CHADWICK, ODOM, & STOKES**

/s/ *Leisa B. Lawson*
Jonathan D. Stokes, T.A. (#34111)
jstokes@coslegal.com
Leisa B. Lawson (#33936)
llawson@coslegal.com
Daniel C. Meyers (#41348)
dmeyers@coslegal.com
Post Office Box 12114
Alexandria, LA 71315
Telephone: (318) 445-9899
Facsimile: (318) 445-9470

**ATTORNEYS  FOR  CAM  LOGISTICS,  LLC
AND JOSHUA BREITHAUPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Notice of Removal has been served

via electronic mail on this 8th day of October, 2025, to the following:

John Doe, through his counsel of record,
Todd A. Hebert
Louis J. Gregory
CrescentCare Legal Services
1631 Elysian Fields Ave.
New Orleans, LA 70117
Todd.Hebert@crescentcare.org
Louis.Gregory@crescentcare.org

and via U.S. mail, postage prepaid to the following:

Raymond Ellis
███████████
███████████

_/s/Leisa B. Lawson_
**LEISA B. LAWSON (#33936)**