# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 06, 2026

Mr. Daniel J. McCoy
Western District of Louisiana, Alexandria
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 26-30434   Doe v. Breithaupt
                  USDC No. 1:25-CV-1508

Dear Mr. McCoy,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Rebecca L. Leto, Deputy Clerk
                504-310-7703

cc:  Mr. Louis James Gregory
      Mr. Joshua Leran Holmes
      Ms. Leisa Belen Lawson
      Mr. Jonathan David Stokes

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 26-30434

_____

United States Court of Appeals
Fifth Circuit

**FILED**

August 6, 2026

Lyle W. Cayce
Clerk

JOHN DOE,

*Plaintiff—Appellant*,

*versus*

JOSHUA BREITHAUPT,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:25-CV-1508

_____

CLERK'S OFFICE:

Under 5TH CIR. R.42.3, the appeal is dismissed as of August 6, 2026, for want of prosecution. The appellant failed to timely pay the filing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Rebecca L. Leto, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



A True Copy
Certified order issued Aug 06, 2026

Clerk, U.S. Court of Appeals, Fifth Circuit